UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                                             :

UNITED STATES OF AMERICA,                      :

                -v-                             :            21-CR-231 (PAE)

WILLIE BAINES,                                  :            <u>SCHEDULING ORDER</u>

                        Defendant.          :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **April 22, 2021** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: April 14, 2021
       New York, New York

                                                           *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge