```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
            -v-                                             :      21-CR-231 (PAE)
                                                            :
WILLIE BAINES,                                              :      SCHEDULING ORDER
                                                            :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **May 26, 2021** at **10:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: May 19, 2021  
       New York, New York

                                                PAUL A. ENGELMAYER  
                                                United States District Judge