UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
           -v-                                       :           21-CR-231 (PAE)
                                                                  :
WILLIE BAINES,                                                    :           <u>SCHEDULING ORDER</u>
                                                                  :
           Defendant.                                :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a change of plea hearing in this case for **June 29, 2021** at **11:30 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                                                                              *Paul A. Engelmayer*
Dated: June 23, 2021                                         PAUL A. ENGELMAYER
       New York, New York                           United States District Judge