UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

WILLIE BAINES,

Defendant.

21-CR-231 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Willie Baines representing that he has overpaid his special assessment by $100 and seeks return of the $100 overpayment. Dkt. 38. The Court has confirmed that Mr. Baines is correct on this point.

The Court directs the Clerk of Court to repay Mr. Baines by check made out to "Willie Baines" and bearing his Fed. Reg. number (#34102-509). The check is to be mailed to Mr. Baines at:

Willie Baines #34102-509
F.C.I. Allenwood Medium
P.O. Box 2000
White Deer, PA 17887

The Court further directs the Clerk of Court to send a copy of this order to Mr. Baines at that address.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 16, 2024
New York, New York